# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WATCHY TECHNOLOGY PRIVATE LIMITED,<br><br>            Plaintiff,<br><br>     v.<br><br>DEJERO INC. and DEJERO LABS INC.,<br><br>            Defendants. | C.A. No. 23-462-CFC<br><br>JURY TRIAL DEMANDED |

## STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Watchy Technology Private Limited ("Watchy") and Defendants Dejero Inc. and Dejero Labs Inc. (collectively, "Dejero"), through undersigned counsel and subject to the approval of the Court, that the deadline for Dejero to answer, move, or otherwise respond to Watchy's Complaint (D.I. 1) is hereby extended to and including June 19, 2023.

2

Dated: May 17, 2023	PHILLIPS, MCLAUGHLIN & HALL, P.A.

*/s/ John C. Phillips, Jr.*
John C. Phillips, Jr. (#110)
David A. Bilson (#4986)
1200 North Broom Street
Wilmington, Delaware 19806
(302) 655-4200
jcp@pmhdelaw.com
dab@pmhdelaw.com

*Attorneys for Plaintiff Watchy Technology Private Limited*

SO ORDERED this ___ day of _____, 2023.

_____
Chief United States District Judge