IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WATCHY TECHNOLOGY PRIVATE LIMITED, | : : : | |
| Plaintiff, | : : | C.A. No. 23-462 (CFC) |
| v. | : : | |
| DEJERO INC. and DEJERO LABS INC., | : : : | **JURY TRIAL DEMANDED** |
| Defendants. | : : : | |

**PLAINTIFF'S STATEMENT REGARDING
THIRD-PARTY LITIGATION FUNDING ARRANGEMENTS**

Pursuant to this Court's Standing Order Regarding Third-Party Litigation Funding Arrangements, Plaintiff, Watchy Technology Private Limited ("Plaintiff"), hereby respectfully states that the sole Third-Party Funder for Plaintiff is Patent Asset Management Advisors, LLC ("PAMA"), a Florida limited liability company, with an address of 1 East Broward Boulevard, Suite 700, Fort Lauderdale, Florida 33301. The approval of PAMA is not necessary for litigation or settlement decisions in this action. The nature of the financial interest of PAMA is a split of any recoveries with Plaintiff.

Dated: May 26, 2023

Respectfully submitted,

*/s/ John C. Phillips, Jr.*
John C. Phillips, Jr. (#110)
David A. Bilson (#4986)
1200 North Broom Street
PHILLIPS, MCLAUGHLIN & HALL, P.A.
Wilmington, Delaware 19806
(302) 655-4200
jcp@pmhdelaw.com
dab@pmhdelaw.com

Of Counsel:
Shea N. Palavan (*to be admitted pro hac vice*)
PALAVAN & MOORE, PLLC
5353 West Alabama Street, Suite 303
Houston, Texas 77056
4590 MacArthur Boulevard, Suite 500
Newport Beach, California 92660
Telephone: (832) 303-0704
Facsimile: (855) PALAVAN (725-2826)
shea@houstonip.com

*Attorneys for Plaintiff,*
*Watchy Technology Private Limited*

## **CERTIFICATE OF SERVICE**

I, John C. Phillips, Jr., hereby certify that on May 26, 2023, a copy of the foregoing document was caused to be served upon the following via electronic means:

Robert Greeson
NORTON ROSE FULBRIGHT US LLP
2200 Ross Avenue
Suite 3600
Dallas, TX  75201
robert.greeson@nortonrosefulbright.com

                                                 */s/ John C. Phillips, Jr.*
                                                 John C. Phillips, Jr. (#110)